39 So.2d 39

### Hobson WILLIAMS v. STATE.
6 Div. 855.

Supreme Court of Alabama.
Feb. 24, 1949.

See also ante, p. 397, 39 So.2d 37.

A. A. Carmichael, Atty. Gen., and L. E. Barton, Asst. Atty. Gen., for petitioner.

Jas. A. McCollum, of Tuscaloosa, opposed.

LIVINGSTON, Justice.

Petition of the State, by its Attorney General, for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court, after remandment, in the case of Williams v. State, Ala.App., 39 So.2d 29.

Writ denied.

BROWN, SIMPSON, and STAKELY, JJ., concur.